# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK CHRISTOPHER BALLARD, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:14CV1340 CEJ |
| DRUG ENFORCEMENT AGENCY, | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis. The information provided by plaintiff in his financial affidavit shows that he can afford to pay the filing fee. Plaintiff has $14,000 in cash or bank accounts and he receives $700 per month from the Social Security Administration. Moreover, he has no dependents, debts, or monthly bills.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **denied**.

**IT IS FURTHER ORDERED** that plaintiff shall pay the $400 filing fee no later than August 22, 2014. Failure to timely pay the fee may result in the dismissal of this action without prejudice.

Dated this 4th day of August, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE